UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61990-Civ-COOKE/TURNOFF

WILSON CANO,

    Plaintiff,

vs.

WOW AUTO DEALS, LLC. a Florida
Limited Liability Company, and
JUAN CARLOS CORTAVARRIA, individually,

    Defendants.

_____/

## PLAINTIFF'S WITNESS LIST

Plaintiff, WILSON CANO ("Plaintiff"), hereby files his fact witness list pursuant to tthis Court's Order, dated December 20, 2012. Plaintiff expects to call as witnesses the following:

| **Name** | **Address** |
|---|---|
| Wilson Cano | 201 Racquet Club Road, # South 423, Weston, FL 33326 |
| Juan Carlos Cortavarria | 1000 NE 6th Street, Fort Lauderdale, FL 33304 |
| Dicarlos Cortavarria | 1000 NE 6th Street, Fort Lauderdale, FL 33304 |
| Frantz Deralus | 571 NW 47th Ave., Delray Beach, FL 33445 |
| Roddy Cabezas | 9400 Richmond Circle, Boca Raton, FL 33434 |
| Myles Roger | 8720 NW 18th Street, Pembroke Pines, FL 33024 |
| Michael (LNU), Plaintiff's former supervisor at WOW Auto Deals | Address currently unknown, will supplement as soon as address becomes |

| | available |
|---|---|

Plaintiff reserves the right to supplement this witness list as discovery continues, as well as list any impeachment and/or rebuttal witnesses should it become necessary.

Dated: February 8, 2013

                                                              Respectfully Submitted,

                                                              **LAW OFFICES OF CHARLES EISS, P.L.**
                                                              Attorneys for Plaintiff
                                                              8211 W. Broward Blvd., Suite 360
                                                             Plantation, Florida 33324
                                                             (954) 812-9513 (Telephone)
                                                             (855) 423-5298 (Facsimile)

                      By:           s/ Lindsay Marie Timari
                                                               LINDSAY MARIE TIMARI, Esq.

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of February, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

    s/ Lindsay Marie Timari
    LINDSAY MARIE TIMARI

**SERVICE LIST**

*CANO v. WOW AUTO DEALS AND JUAN CORTAVARRIA*
**United States District Court**
**Southern District of Florida**
Case No. 12-61990-Civ-COOKE/TURNOFF

    Charles M. Eiss, Esquire (FBN: 612073)
    Icelaw21@aol.com
    Lindsay M. Timari, Esquire (FBN: 92098)
    Law Offices of Charles Eiss, P.L.
    8211 W. Broward Boulevard
    Suite 360
    Plantation, Florida 33324
    Telephone: 954-812-9513
    Facsimile: 954-473-4907
    *Attorneys for Plaintiff Wilson Cano*

    Randy A. Fleischer, Esq. (FBN: 910456)
    randy@igc.org
    Law Offices of Randy A. Fleischer, P.A.
    8258 State Rd. 84
    Davie, FL 33324
    954) 472-8401
    954) 472-8446 (fax)
    *Attorney for Defendants WOW and Cortavarria*

    Method of Service: Notice of Electronic Filing